## NANCY LOU LOHMEYER *v.* RICHARD V. LOHMEYER

[No. 48, September Term, 1981.]

*Decided July 2, 1981.*

The cause was submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

## *ORDER*

A petition for writ of certiorari having been granted and it appearing that the order appealed from is not appealable, it is this 2nd day of July, 1981

ORDERED, by the Court of Appeals of Maryland, that the appeal in the above entitled case be, and it is hereby, dismissed with costs. Mandate to issue forthwith.